UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAYAN ALERSEY,

                Plaintiff,

-against-

APS AGENT, ET AL.,

                Defendants.

26 CIVIL 004193 (LTS)

## CIVIL JUDGMENT

For the reasons stated in the June 24 , 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962) (holding that an appellant demonstrates good faith when he seeks review of a

nonfrivolous issue).

      SO ORDERED.

Dated:   June 25, 2026
          New York, New York

                        /s/ Laura Taylor Swain
                        LAURA TAYLOR SWAIN
               Chief United States District Judge